UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CALVIN CANNON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 1:06-cv-1343-SEB-VSS |
| HARLEY LAPPIN, et al., | ) ) ) | |
| Defendants. | ) ) | |

## E N T R Y

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to pay the initial partial filing fee as directed in the Entry of September 14, 2006.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 11/06/2006

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana