**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| CALVIN CANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-1343-SEB-VSS |
| | ) | |
| HARLEY LAPPIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:  _11/06/2006_

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Calvin Cannon
#15957-074
USP - Atlanta
Box 150160
Atlanta, GA 30315